UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRED STEVENS, et al.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>BERKSHIRE BANK, a Massachusetts trust company, n/k/a Beacon Bank & Trust,<br><br>   *Defendant*. | Case No: 5:25-cv-01256-DNH-TWD<br><br>**DEFENDANT BERKSHIRE BANK'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b)** |

  **PLEASE TAKE NOTICE** that pursuant to Rule 7.1 of the Local Rules for the Northern District of New York, Defendant Berkshire Bank ("Berkshire"), by the accompanying Memorandum of Law, and upon all prior pleadings and proceedings had herein, will move this Court before the Honorable David N. Hurd at the Alexander Pirnie Federal Building and United States Courthouse, in the Northern District of New York, located at 10 Broad Street, Utica, New York 13501, on a date and time to be determined by the Court, for an Order dismissing the Class Action Complaint ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), and for such other, further or different relief as the Court deems just and proper.

  **PLEASE TAKE FURTHER NOTICE** that unless the Court provides otherwise, pursuant to Local Civil Rule 7.1(a)(1), Plaintiffs' opposition papers, if any, are to be served by November 20, 2025, and Berkshire's reply papers, if any, are to be served seven days after Plaintiff files his opposition papers.

  **PLEASE TAKE FURTHER NOTICE** that Berkshire intends to file reply papers, if this motion is opposed, no more than seven days after service of any opposition from Plaintiff.

Dated: October 30, 2025                                **MCGUIREWOODS LLP**

                                                               By: */s/ Megan D. Price*
                                                                      Megan D. Price
                                                                       Jarrod D. Shaw (*admitted pro hac vice*)
                                                                       Nellie E. Hestin (*admitted pro hac vice*)
                                                                       Tower Two-Sixty
                                                                       260 Forbes Avenue, Suite 1800
                                                                       Pittsburgh, PA 15222
                                                                       Phone: (412) 667-6000
                                                                       mprice@mcguirewoods.com
                                                                       jshaw@mcguirewoods.com
                                                                       nhestin@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of October 2025, I caused a true and correct copy of Defendant Berkshire Bank's Notice of Motion and Memorandum of Law in Support of Motion to Dismiss Plaintiffs' Complaint to be electronically filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record in this action.

*/s/ Megan D. Price*
Megan D. Price